## JAMES BALDRIDGE v. L. A. GORDON.

Where there is a conflict in the evidence, the verdict will not be disturbed.

ERROR from Washington.    Tried below before the Hon. Robert E. B. Baylor.

This was a suit by L. A. Gordon, the defendant in error, against the plaintiff in error.    Judgment against him, for $1350. The only error assigned, was, that the verdict of the jury was contrary to the evidence.

*Rogers & Willie,* for the plaintiff in error.

*J. D. & D. C. Giddings* and *John Sayles,* for the defendant in error.

ROBERTS, J.—There is evidence on both sides, sufficient to authorize the jury to find a verdict either way.    It is a case of conflict in the evidence, to be determined by the jury.    There is no deficiency of testimony to support the verdict.    If credited by the jury, notwithstanding the effort to disprove it by adverse evidence, it was amply sufficient to sustain their verdict.    Under such circumstances, the verdict will not be disturbed.

Judgment affirmed.